PD-1305-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/1/2015 5:03:26 PM
Accepted 10/2/2015 11:48:05 AM
ABEL ACOSTA
CLERK

NO. _____

| | | |
|---|---|---|
| **AARON ANTHONY TORRES** | § | **IN THE COURT OF** |
| | § | |
| **VS.** | § | **CRIMINAL APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **OF TEXAS** |

## MOTION TO EXTEND TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes Aaron Anthony Torres, Appellant in the above styled and numbered cause, and moves for an extension of time of 45 days to file a petition for discretionary review, and for good cause shows the following:

1. On September 1, 2015, the Thirteenth Court of Appeals affirmed appellant's conviction in 13-14-00031-CR. The petition for discretionary review is therefore due on October 1, 2015.

2. Counsel has been unable to complete the petition to file with the Court and request an additional 45 days in which to complete this filing. Specifically, in addition to Counsel's regular solo practice, the following matters have required significant time and attention:

- Petition for Review filed with the Texas Supreme Court in cause no. 15-0607 "Defense Resource Services, LLC v. First National Bank of Central Texas on September 14, 2015;

FILED IN
COURT OF CRIMINAL APPEALS

October 2, 2015

ABEL ACOSTA, CLERK

- Appellant's brief with the 10th Court of Appeals, Cause No. 10-14-00363-CR, Thompkins v. State that on September 25, 2015;

- Preparation for jury trial in State v. Smith, Cause No. 2015-1010-CR2 in the County Court at Law No. 2 of McLennan County on September 21, 2015;

- Preparation for jury trial in State v. Jennings cause no. 2014-3774-CR2 in the County Court at Law of McLennan County;

- Preparation for jury trial in State v. Jones cause no 2013-4817-CR1 in the County Court at Law of McLennan County on October 12, 2015; and,

- Preparation of Appellate Brief in Dix v. US cause no. 14-51143 in the 5th Circuit Court of Appeals on October 23, 2015;

3. Defendant is currently incarcerated.

**WHEREFORE, PREMISES CONSIDERED**, appellant respectfully requests an extension of 45 days to file a petition for discretionary review.

Respectfully submitted,

Law Office of Denton B. Lessman
100 N. 6th Street, Ste. 702
Waco, TX 76701
Tel: (254) 776-4544
Fax: (254) 776-4551

By: _____
    Denton B. Lessman
    State Bar No. 24042474
    Attorney for Aaron Anthony Torres

## CERTIFICATE OF SERVICE

This is to certify that on October 1, 2015, a true and correct copy of the above and foregoing document was served on both the State Prosecuting Attorney and the District Attorney's Office of McLennan County.


_____
Denton B. Lessman